IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02461-CMA-KMT

CLYDE HARRIS,

 Plaintiff,

v.

OFFICER MICHAEL LUMBARD, Denver Police Dept.,
OFFICER LAURA FRANKLIN, Denver Police Dept.,
OFFICER NOEL IKEDO, Denver Police Dept., and
OFFICER JOHN DOE, Denver Police Dept.,

 Defendants.

## ORDER AFFIRMING AUGUST 22, 2013, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

  This matter is before the Court on the August 22, 2013, Recommendation by United States Magistrate Judge Kathleen M. Tafoya that Defendants' Motion for Summary Judgment (Doc. # 40) be granted.  (Doc. # 127.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

  The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 45 at 17-18.)  Despite this advisement, no objections to Magistrate Judge Tafoya's Recommendation were filed by either party.

  "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Motion for Summary Judgment and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Tafoya's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Tafoya as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 45) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. # 40) is GRANTED and the claims against Defendants Lumbard, Franklin, and Ikeda are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that claims against Defendant John Doe be DISMISSED WITH PREJUDICE.

All Defendants having been dismissed, this case is now CLOSED in its entirety.

DATED: September __06__, 2013

                                BY THE COURT:

                                *Christine M. Arguello*

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge